```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :     15 Cr. 588 (ER)
                                    :
AHMED MOHAMMED EL GAMMAL,           :
  a/k/a "Jammie Gammal,"            :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x
```

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby provides notice to AHMED MOHAMMED EL GAMMAL, a/k/a "Jammie Gammal," the defendant, and to the Court, that, pursuant to Title 50, United States Code, Section 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1821-1829.

Dated:   July 13, 2016
         New York, New York

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

                              By:   _____
                                    Brendan F. Quigley
                                    Andrea Surratt
                                    Negar Tekeei
                                    Assistant U.S. Attorneys