```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA          :
                                  :
        - v -                     :       NOTICE OF MOTION
                                  :       15 Cr. 588 (ER)
AHMED MOHAMMED EL GAMMAL,         :
            Defendant.            :
- - - - - - - - - - - - - - - - -  x
```

PLEASE TAKE NOTICE, that on the declaration of Daniel Habib, Esq., Exhibits, and Memorandum of Law, the undersigned will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order suppressing evidence obtained in violation of the Foreign Intelligence Surveillance Act of 1978 ("FISA"), or granting disclosure of materials associated with the FISA search, and granting such further relief as this Court deems just and proper.

Dated:    New York, New York
          August 12, 2016

                                  Respectfully submitted,
                                  Federal Defenders of New York

                                  /s/ Daniel Habib, Esq.
                                  Daniel Habib, Esq.
                                  Annalisa Miron, Esq.
                                  Sabrina Shroff, Esq.
                                  Attorneys for Defendant
                                       **Ahmed Mohammed El Gammal**
                                  52 Duane Street - 10th Floor
                                  New York, NY 10007
                                  Tel.: (212) 417-8769

TO:       PREET BHARARA, ESQ.
          United States Attorney
          Southern District of New York
          1 St. Andrew's Plaza
          New York, NY 10007
Attn:     **Brendan Quigley, Esq. and Negar Tekeei, Esq.**
          Assistant United States Attorneys