```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :
         - v -                   :       DECLARATION
                                 :       15 Cr. 588 (ER)
AHMED MOHAMMED EL GAMMAL,        :
         Defendant.              :
- - - - - - - - - - - - - - - - x
```

   I, Daniel Habib, Esq., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.   I am an attorney with the Federal Defenders of New York and I have been appointed by this Court to represent Ahmed Mohammed El Gammal in this action.  I make this declaration in support of a motion pursuant to 50 U.S.C. § 1825(f) to suppress evidence obtained in violation of subchapter II of the Foreign Intelligence Surveillance Act ("FISA"), id. §§ 1821-29, or, in the alternative, for disclosure of the FISA order, application, and related materials, pursuant to § 1825(g) and (h).

2.   ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████ █████
███████████████████████████████████████████████
█████████████████████████████████████ ██
███████████████████████████████████████████████

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3.   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬

4.   On August 11, 2016, I visited El Gammal's publicly accessible Facebook page and downloaded five photos of El Gammal at the Scottsdale, Arizona Gun Club.  These photos, which were uploaded to Facebook on March 15 and 16, 2014, are attached as <u>Exhibit D</u>.

Dated:   New York, New York
         August 12, 2016

                                        /s/ Daniel Habib, Esq.___
                                        **DANIEL HABIB**

# EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**Jammie Gammal**
March 15, 2014 · iOS ·

فشخت السيسي النهاردة

See Translation



Like   Share

11

2 shares     10 Comments

**Jammie Gammal** nooo, this is mine hahahaha
March 16, 2014 at 1:10am · Like

**Mahmoud Yehia Elgammal**
عايزين واحده اوطى بتاع سبعين سنتى من النوع اللى ما يموتش .. يجيب بواسير
See Translation
March 16, 2014 at 1:12am · Like ·   1

**Mahmoud Yehia Elgammal**
وده قمه الاعجاز فى التنشين
See Translation
March 16, 2014 at 1:12am · Like ·   1

**Jammie Gammal**
هههههههههه
See Translation
March 16, 2014 at 1:14am · Like

**Mahmoud Yehia Elgammal**
ودان ايه بس هو انت بعاقبه فى المدرسه ... بقولكوا بواسير و عقم .. مش عايزينوا يموت .. يعيش مفضوح و مفشوخ فى ذات الوقت
See Translation
March 16, 2014 at 1:20am · Like ·   1

**Jammie Gammal**
هههههههههه
See Translation
March 16, 2014 at 1:23am · Like

**Mahmoud Yehia Elgammal**
مهو انا بحب الحنان علشان كده مش عايز اموته .. ده يعيش وسط طبقاط العامه من الشعب معزز مكرم .. ياكل زيهم ويشرب زيهز . الزباله اللى اكلها للشعب .. ياكل زباله و يشرب مجارى كولا و يحلى بفاكهه مسرطنخ .. قوم ايه .. يجيلوا فشل كلوى و سرطان وعقم و بواسير ... See More...
See Translation
March 16, 2014 at 1:31am · Like ·   2

**Jammie Gammal** Sayed SaMo

PEOPLE YOU MAY KNOW



**Amy Gallicchio**
Add Friend

**Kannan Sundaram**
1 mutual friend
Add Friend

**Peter Rothman**
1 mutual friend
Add Friend

SPONSORED

**Love at First Bite!**
online.jimmyjohns.com
Love for the first time rocks! Order Jimmy John delivery online at jimmyjohns.com

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · More

Facebook © 2016



| Daniel | Home | Find Friends |

**Jammie Gammal**
March 15, 2014 · iOS ·

انا و عز ٥٠٠ رصاصة في السيسي

See Translation



Like        Share

7

**Jammie Gammal** Amr Qurashi Mahmoud Abo Hamza
See Translation
March 16, 2014 at 3:34pm · Like ·    1



**Jammie Gammal** added a new photo.
March 16, 2014 · iOS ·



Like    Share

20

View 2 more comments

 **Mahmoud Yehia Elgammal**
هى الدنيا حر عندك يا عم رامبو ولا ايه
See Translation
March 16, 2014 at 12:57am · Like · 1

 **Jammie Gammal** kinda yes
March 16, 2014 at 1:00am · Like · 1

 **Mahmoud Yehia Elgammal**
انت فاضلك الرباط اللى على الراس و شويه لون اسود على وشك و تعلن الحرب
See Translation
March 16, 2014 at 1:02am · Like · 2

 عطية أبوالعلا
إمسك إرهابى
See Translation
March 16, 2014 at 3:22am · Edited · Like · 1

 سليمان الحلبى سليمان الحلبى
والحرب هقوم امتى يا جمال
See Translation
March 16, 2014 at 9:08am · Like · 2

 سليمان الحلبى سليمان الحلبى
هههههههههههه
See Translation
March 16, 2014 at 9:08am · Like · 2

 سليمان الحلبى سليمان الحلبى
ربنا يحفظك
See Translation
March 16, 2014 at 9:08am · Like · 2

 **Aliaa El Gammal**
ربنا يحميك
See Translation
March 16, 2014 at 2:16pm · Like · 2

 **Aliaa El Gammal**
اه يا شيماء ربنا يستر
See Translation

SPONSORED



$9.35 at Amazon - ★★★★★
amazon.com
ACT Alcohol Free Anticavity Fluoride Rinse, M
oz - $9.35

Only 3 days to save
www.verizonwireless.com
Get $100 back when you buy a new smartpho
this Verizon End-of-Summer Weekend Sale.

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · More
Facebook © 2016

Daniel　　Home　　Find Friends

March 16, 2014 at 4:41pm · Like

Turn on chat to see who's available.

Daniel   Home   Find Friends

**Jammie Gammal** added a new photo.
March 16, 2014 · iOS ·



Like   Share

7

**Ahmed Elsaid**

حلوة الصورة دي يا جيمي.

See Translation

March 16, 2014 at 1:46am · Like ·   1

SPONS
$9.35 a
amazon
ACT A
oz - $9.

Must d
rocalab
Achieve

English
França

Privacy
· More
Facebo

Turn on chat to see who's available.

Search