```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA          :
                                  :
       - v -                      :         NOTICE OF MOTION
                                  :         15 Cr. 588 (ER)
**AHMED MOHAMMED EL GAMMAL,**     :
           Defendant.             :
- - - - - - - - - - - - - - - - -  x
```

PLEASE TAKE NOTICE, that on the attached Exhibits and Memorandum of Law, the undersigned will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order compelling notice and discovery of searches, seizures, and surveillance techniques used in this case, and their legal bases, and granting such further relief as this Court deems just and proper.

Dated:    New York, New York
          August 12, 2016

                              Respectfully submitted,
                              Federal Defenders of New York

                              /s/ Daniel Habib, Esq.
                              Daniel Habib, Esq.
                              Annalisa Miron, Esq.
                              Sabrina Shroff, Esq.
                              Attorneys for Defendant
                                  **Ahmed Mohammed El Gammal**
                              52 Duane Street - 10th Floor
                              New York, NY 10007
                              Tel.: (212) 417-8769

TO:      PREET BHARARA, ESQ.
         United States Attorney
         Southern District of New York
         1 St. Andrew's Plaza
         New York, NY 10007
Attn:    **Brendan Quigley, Esq. and Negar Tekeei, Esq.**
         Assistant United States Attorneys