```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -   x
UNITED STATES OF AMERICA          :
                                  :
        - v -                     :     SECOND DECLARATION
                                  :     15 Cr. 588 (ER)
AHMED MOHAMMED EL GAMMAL,         :
        Defendant.                :
- - - - - - - - - - - - - - - - -   x
```

I, Daniel Habib, Esq., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with the Federal Defenders of New York and I have been appointed by this Court to represent Ahmed Mohammed El Gammal in this action. I make this second declaration in support of a motion for notice and discovery of all searches, seizures, and surveillance techniques used in this case, and their legal bases.

2. ███████████████████████████████████████████████
███████████████████████████████████████████████
██████  ███████████████████████████████████████
██████████████████  ███████████████████████████
█████████████████████████  ████████████████████
████████████████████████████████

3. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████  ███████████████████████████████████████

1

███████████████████████████████████████████████

████████████████████████

4.      ██████████████████████████████████████████████

████████████████████████████████████████

██████   ████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████

Dated:    New York, New York
          August 12, 2016

                                        /s/ Daniel Habib, Esq.__
                                        **DANIEL HABIB**

# EXHIBIT E

**REDACTED**

# EXHIBIT F

REDACTED

Case 1:15-cr-00588-ER   Document 65   Filed 09/19/16   Page 7 of 8

# EXHIBIT G

REDACTED